UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
TOMMY LEE HILL JR  
    Debtor(s)

Case No: 12-33278-DHW  
Chapter 13

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

The debtor's Chapter 13 case was filed on December 12, 2012. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Monday, March 18, 2013, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | TOMMY LEE HILL JR | CITY OF MONTGOMERY | 255.00 | BI-WEEKLY | 01/11/2013 |
   | TOMMY LEE HILL JR | CITY OF MONTGOMERY | 258.00 | BI-WEEKLY | 03/12/2013 |

   Period of payments: 58 months or until 72.00% is paid on allowed unsecured claims.

   Payable to: **Chapter 13 Trustee**  
   **P. O. Box 613108**  
   **MEMPHIS TN 38101-3108**

2. Senior expenses and Administrative claims to be paid:

   **ADMINISTRATIVE EXPENSES**

   | | | |
   |---|---|---|
   | Debtor's Attorney | Attorney's Fee Allowed | $2,750.00 |
   | Chapter 13 Trustee | Notice Fee @ $.50 per copy | $2.00 |
   | Chapter 13 Trustee | Trustee Administrative Fee | $12.93 |
   | Clerk of Court | Filing Fee | $231.00 |

   **SECURED, PRIORITY AND SPECIAL CLAIMS**

   **Secured**

   | Creditor | 910/365 | Collateral Value | Interest | Payment |
   |---|---|---|---|---|
   | GUARDIAN CREDIT UNION | N | $7,800.00 | 4.75 % | $121.00 |
   | NATIONSTAR MORTGAGE LLC | N | $12,156.91 | 4.75 % | $206.00 |
   | WFHM | N | $5,000.00 | 4.75 % | $104.00 |
   | 1ST FRANKLIN FINANCIAL CORP | Y | $314.59 | 4.75 % | $7.00 |
   | GUARDIAN CREDIT UNION | N | $7,800.00 | 4.75 % | $20.00 |
   | GUARDIAN CREDIT UNION | Y | $7,800.00 | 4.75 % | $11.00 |

   **Priority**

In re                                                                                     Case No: 12-33278-DHW
TOMMY LEE HILL JR                                                                         Chapter 13
         Debtor(s)

| Creditor          | 910/365 | Collateral Value | Interest | Payment |
|-------------------|---------|------------------|----------|---------|
| LASHUNDA HILL     | N       | $0.00            | 0.00 %   | $0.00   |
| ANIDRA BILLINGSLEA| N       | $0.00            | 0.00 %   | $0.00   |

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Wednesday, March 20, 2013.              /s/ *Curtis C. Reding.*
                                                   Curtis C. Reding
                                                   Chapter Thirteen Trustee

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Wednesday, March 20, 2013.

                                                   /s/ *Curtis C. Reding*
                                                   Curtis C. Reding
                                                   Chapter Thirteen Trustee