UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:  ) CHAPTER 13
   TOMMY LEE HILL, Jr.  )
     ) CASE NO. 12-33278-DHW-13
   Debtor(s).  )

## CLAIM REDUCTION

January 4, 2017

BY ELECTRONIC FILING

Office of the Clerk
United States Bankruptcy Court
P.O. Box 1248
Montgomery, Alabama 36102

RE: TOMMY LEE HILL, Jr.
    Case No. 12-33278-DHW-13

Dear Sir or Madam,

    We represent the interest of GUARDIAN CREDIT UNION. Please reduce ECF claim no. 001 to the amount paid.

    Thank you for your cooperation in this matter.

                Very Truly Yours,


                /s/ Leonard N. Math
                For the Firm